# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   RAYMOND S. HOWARD, JR. & KELLY J. HOWARD            Case Number: 05-73699
2813 CHERRY DRIVE                       SSN-xxx-xx-1441 & xxx-xx-7358
WONDER LAKE, IL  60097

Case filed on:         7/22/2005
Plan Confirmed on:     9/23/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $30,294.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BOHLMAN LAW OFFICES, P.C. | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 008 | BUCHALTER, NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RAYMOND S. HOWARD, JR. | 0.00 | 0.00 | 1,018.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,018.00 | 0.00 |
| 001 | CITI RESIDENTIAL LENDING INC | 15,720.09 | 15,720.09 | 15,720.09 | 0.00 |
| 002 | COOK COUNTY ACCEPTANCE CORPORATION | 6,187.71 | 2,600.00 | 2,600.00 | 0.00 |
| 003 | COOK COUNTY ACCEPTANCE CORPORATION | 4,217.56 | 1,705.00 | 1,705.00 | 0.00 |
|  | Total Secured | 26,125.36 | 20,025.09 | 20,025.09 | 0.00 |
| 002 | COOK COUNTY ACCEPTANCE CORPORATION | 0.00 | 3,587.71 | 2,694.69 | 0.00 |
| 003 | COOK COUNTY ACCEPTANCE CORPORATION | 0.00 | 2,512.56 | 1,887.15 | 0.00 |
| 004 | ABILITY AUCTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MARSHALLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ATTORNEY RICHARD T JONES | 800.00 | 800.00 | 600.87 | 0.00 |
| 007 | WOODSTOCK IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 800.00 | 6,900.27 | 5,182.71 | 0.00 |
|  | Grand Total: | 29,125.36 | 29,125.36 | 28,425.80 | 0.00 |

Total Paid Claimant:        $28,425.80
Trustee Allowance:          $1,868.20          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     75.11          discharging the trustee and the trustee's surety from any and all
liability on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009            By  /s/Heather M. Fagan